■
**Akbihakim HASSAN, Appellant**

v.

**The STATE of Texas, Appellee.**

**No. 14–10–00067–CR.**

Court of Appeals of Texas,
Houston (14th Dist.).

Oct. 29, 2013.

Alexander B. Wathen, for Akbihakim Hassan.

Randy Zamora, for the State of Texas.

### ORDER

PER CURIAM.

In this appeal, this court issued its Memorandum Opinion and Judgment on October 25, 2012, affirming appellant's municipal court conviction. The opinion was designed, "Do Not Publish." *See* Tex. R.App. P. 47.2(b). On October 25, 2013, counsel for the City of Houston requested that we change the designation to "Publish," stating that the opinion addresses novel issues for cases governed by Chapter 45 of the Texas Code of Criminal Procedure, applicable to justice and municipal courts. *See id.* We grant the request, and issue the following order.

We **ORDER** this court's opinion in *Hassan v. State*, No. 14–10–00067–CR, 2012 WL 5288353 (Tex.App.-Houston [14th Dist.] Oct. 25, 2012, no pet.), **PUBLISHED.** *Id.; see also* Tex.R.App. P. 19.3(e) (permitting a court of appeals to order its opinion published in accordance with Rule 47 after expiration of its plenary power).